

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| Royalty Asset Holdings II, LP, Noble Energy, Inc., Charlotte Poe, Trustee of the Gerhardt Family Trust, Harold Schneider, TD Minerals LLC and Sourcing Rock, LLC, | § | No. 08-22-00108-CV |
| | § | Appeal from the |
| | § | 143rd District Court |
| Appellants, | § | of Reeves County, Texas |
| v. | § | (TC# 21-03-23912-CVR) |
| Bayswater Fund III-A LLC, Bayswater Fund III-B LLC, Bayswater Resources LLC, Colburn Oil, LP, Ditto Land Company, LLC, Fall Land & Cattle, LLC, Pegasus Resources, LLC, and Robbins Family Minerals, LP, | § § § | |
| Appellees. | § | |

**ORDER**

On July 13, 2022, this Court issued an order for mediation referral. The order required the parties to make any objection to referral within ten days of the order. On July 22, 2022, Appellants Charlotte Poe, Trustee of the Gerhardt Family Trust, Harold Schneider, TD Minerals LLC and Sourcing Rock, LLC timely filed an objection. The Court finds Appellants' objection persuasive.

Therefore, the Court ORDERS this appeal to continue, the appellate timetable suspension is lifted, and the Record shall now be filed in this Court on or before August 6, 2022.

IT IS SO ORDERED this 27th day of July, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.